**KINGS HEIGHTS CONDOMINIUM ASSOCIATION, Plaintiff/Respondent,**

v.

**Calvin and Cloteria YANCEY, Defendants/Appellants.**

**No. 60844.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 8, 1992.

William P. Russell, St. Louis, for defendants/appellants.

Thomas C. Simon, St. Louis, for plaintiff/respondent.

PER CURIAM.

Plaintiff condominium association obtained a summary judgment against defendant owners for their proportionate share of common expenses. Owners appeal.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).